**RECEIVED**
October 14, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Laura Armendariz___
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **BRANDON CALLIER,** § | |
| § | |
| **Plaintiff,** § | |
| v. § | |
| § | Case No. EP:22-cv-00003-DCG |
| **UNITED ALLIANCE GROUP, INC d/b/a** § | |
| **REJUVENATE FINANCIAL SOLUTIONS, a** § | |
| Florida Corporation, BSO Group, LLC, § | |
| **888 STRATEGIES, INC, WILLIAM L.** § | |
| **CHUNG a/k/a WILLIAM CHUNG TABITHA** § | |
| **LOGUE CHUNG a/k/a/ TABITHA CHUNG** § | |
| **And JACQUELINE DINH,** § | |
| **Defendants.** § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

This Matter came to be considered by the Court pursuant to the Plaintiff's Motion for Summary Judgment filed by Plaintiff in the above-captioned cause. The Court having considered the Motion and being fully advised of the premised, it is, therefore,

ORDERED and ADJUDGED:

1. That the Plaintiff's Motion for Summary Judgment is hereby granted.

2. A hearing on damages is set for _____.

3. Damages are determined as _____.

DONE AND ORDERED in the Western District of Texas, El Paso Division, this _____ day of _____, 2022.

_____
Honorable David Guaderrama
Western District of Texas
El Paso Division