UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER<br><br>*Plaintiff,*<br>v.<br><br>UNITED ALLIANCE GROUP, INC., *d/b/a Rejuvenate Financial Solutions*, BSO GROUP, LLC, *d/b/a Synergy Student Services*, 888 STRATEGIES, INC., *d/b/a Synergy Student Services*, WILLIAM L. CHUNG, TABITHA LYNN LOGUE CHUNG, and JACQUELINE DINH,<br><br>*Defendants.* | § § § § § § § § § § § § § § § | EP-22-CV-00003-DCG |

## ORDER EXTENDING TIME TO RESPOND

Plaintiff Brandon Callier filed a Motion for Summary Judgment on October 14, 2022. ECF No. 43. Defendants have not responded, and the deadline to do so was on October 28, 2022. W.D. TEX. L.R. CV-7(d)(2). The lack of response, however, was foreseeable. On October 7, 2022—before Plaintiff filed his Motion—Defendants' attorney filed a notice saying that he needed to take emergency medical leave and would not be available until after November 30, 2022. ECF No. 42. Considering Defendants' deadline to respond to Plaintiff's Motion fell before November 30, the Court will *sua sponte* **GRANT** Defendant additional time to respond to Plaintiff's Motion. Defendants **MUST FILE** a response by **December 14, 2022**.

So ORDERED and SIGNED this 3 day of November 2022.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE