UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | |
| **UNITED ALLIANCE GROUP, INC.,** § | |
| *d/b/a Rejuvenate Financial Solutions*, **BSO** § | |
| **GROUP, LLC,** *d/b/a Synergy Student* § | EP-22-CV-00003-DCG |
| *Services*, **888 STRATEGIES, INC.,** *d/b/a* § | |
| *Synergy Student Services*, **WILLIAM L.** § | |
| **CHUNG, TABITHA LYNN LOGUE** § | |
| **CHUNG, and JACQUELINE DINH,** § | |
| § | |
| *Defendants*. § | |

## ORDER DISMISSING CASE

Plaintiff Brandon Callier and Defendants United Alliance Group, Inc.;[1] BSO Group, LLC;[2] 888 Strategies, Inc.;[3] William L. Chung; Tabitha Lynn Logue Chung; and Jacqueline Dinh have filed a joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[4]  *See* Stipulation, ECF No. 68.  Accordingly, the Court **DISMISSES WITH PREJUDICE** all claims asserted by Plaintiff Brandon Callier in this action against Defendants

---

[1] *d/b/a Rejuvenate Financial Solutions*.

[2] *d/b/a Synergy Student Services*.

[3] *d/b/a Synergy Student Services*.

[4] In their Stipulation, the parties invoke Federal Rule of Civil Procedure 41(a)(1)(B).  Rule 41(a)(1)(B) speaks only to the effect of a dismissal under Rule 41(a)(1)(A).  FED. R. CIV. P. 41(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice.  But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.").  Because both parties signed their Stipulation, the Court assumes that Plaintiff seeks to dismiss this action under Rule 41(a)(1)(A)(ii), which permits stipulation of dismissal so long as it is "signed by all parties who have appeared."  FED. R. CIV. P. 41(a)(1)(A)(ii).

- 2 -

United Alliance Group, Inc.; BSO Group, LLC; 888 Strategies, Inc.; William L. Chung; Tabitha Lynn Logue Chung; and Jacqueline Dinh.

The Court further:

    (1) **VACATES** the status hearing scheduled for July 18, 2023 at 2:00 p.m. MT;

    (2) **CLOSES** this case; and

    (3) **DIRECTS** the Clerk of Court to email a copy of this order to:

        Brandon Callier
        Callier74@gmail.com

**So ORDERED and SIGNED this 14th day of July 2023.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**